UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| BOBBY LEE KENNEDY, | ) | CASE NO. 3:08 CV 0279 |
| | ) | |
| Petitioner, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | |
| | ) | <u>JUDGMENT ENTRY</u> |
| | ) | |
| OHIO DEPT. OF REHAB. & CORR., et al. | ) | |
| | ) | |
| Respondents. | ) | |

This court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that this action is dismissed as pursuant to 28 U.S.C. § 2243. Further, the court certifies pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith.

                                             */s/Dan Aaron Polster 3/27/08*
                                             DAN AARON POLSTER
                                             UNITED STATES DISTRICT JUDGE